**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:10cv354** |
| | § | |
| **KENNETH W. YOUNGBLOOD, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On April 29, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment (Dkt. 19) be DENIED.

The Court has made a *de novo* review of the objections raised by the United States and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit.[1]  Therefore, the Court hereby adopts the findings and conclusions of the

---

[1]The Court further notes that the United States did not file timely responses in opposition to any of Defendants' motions (Dkts. 37, 38, 39 & 40), permitting the Court to treat them as unopposed.  *See* Local Rule CV-7(d).

Magistrate Judge as the findings and conclusions of this Court.

Plaintiff's Motion for Default Judgment (Dkt. 19) is DENIED

**IT IS SO ORDERED.**

**SIGNED this 21st day of September, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE